■ ANGELINA J. LEWIS et al., Appellants, v NORTHPOLE FIRE COMPANY, INC., et al., Respondents. [782 NYS2d 311]—

Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered September 3, 2003. The order denied plaintiffs' application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court did not abuse its discretion when it denied plaintiffs' application for leave to serve a late notice of claim. The record fails to establish that defendants had timely notice of any injuries or damages claimed by plaintiffs beyond mere notice of the underlying occurrence (*see Santana v Western Regional Off-Track Betting Corp.*, 2 AD3d 1304, 1305 [2003], *lv denied* 2 NY3d 704 [2004]). Additionally, plaintiffs delayed until the day before the expiration of the applicable one-year and 90-day period before seeking relief under General Municipal Law § 50-e (5) and failed to offer a reasonable excuse for the delay, notwithstanding that plaintiffs could have had knowledge through the police report of the status of the other driver as a volunteer firefighter responding to a call (*see Shapiro v Town of Clarkstown*, 238 AD2d 498, 499 [1997], *lv denied* 90 NY2d 807 [1997]). Moreover, defendants established that they would be prejudiced by plaintiffs' delay because it prevented them from promptly obtaining witness statements

(*see Santana,* 2 AD3d at 1305). Present—Green, J.P., Kehoe, Martoche and Hayes, JJ.